IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Christopher Thompson**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Subaru of America, Inc. and Subaru Corporation,**<br><br>Defendants. | CIVIL ACTION NO. 1:18-CV-03736-NLH-JS<br><br>**Order** |

The Court has reviewed the Stipulation of Dismissal set forth above. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice.

2. Each party is to bear its own costs.

_____
Hon. Noel L. Hillman, U.S.D.J.

Dated: September 6, 2018